

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00546-CV

**IN THE INTEREST OF A.F.C.** and A.D.C., Children

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2024FLC002009C3
Honorable Victor Villarreal, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
H. Todd McCray, Justice

Delivered and Filed: March 4, 2026

DISMISSED

Appellant Jasmin Delgado has filed a "Motion for Nonsuit." In her motion, Delgado asks the court to "enter a non-suit of all claims in this cause, set aside and vacate all prior [o]rders in this cause, and dismiss all claims." Appellee Kevin Ching filed a response indicating that he does not oppose dismissal of the appeal but objects to any relief that would disturb the trial court's judgment in the underlying proceeding.

We cannot both vacate the trial court's judgment and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2)(B); 43.2(d), (f); *see also FarWest Ins. Co. v. State,* No. 08-04-00158-CV, 2004 WL 1771241, at *1 (Tex. App. —El Paso Aug. 5, 2004, no pet.) (mem. op.). Because Ching's response has been on file for over ten days with no explanatory response from Delgado and because Delgado

has provided no justification for us to vacate the trial court's judgment, we will construe her motion for nonsuit as a motion to dismiss the appeal pursuant to Rule 43.2(f). *See* TEX. R. APP. P. 43.2(f). Appellant's motion to dismiss is granted, and the appeal is dismissed. Costs are taxed against the appellant. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM